cember 30, 1912.) Action by Francis Graves against the Village of New Berlin.

PER CURIAM. Judgment and order unanimously affirmed, with costs; the court holding that the verdict is supported by sufficient evidence, and that the declarations of the trustee, claimed to have been erroneously admitted, were not properly objected to, nor was a motion made to strike them out, and in any event, if error was committed in receiving the same, the error was not sufficient to call for a reversal. See, also, 139 N. Y. Supp. 1125.

LYON, J., not sitting.

---

GRAVES, Respondent, v. VILLAGE OF NEW BERLIN, Appellant. (Supreme Court, Appellate Division, Third Department. January 16, 1913.) Action by Francis Graves against the Village of New Berlin. No opinion. Motion denied. See, also, 139 N. Y. Supp. 1124.

---

GREENE v. GREENE et al. (Supreme Court. Appellate Division, Second Department. January 24, 1913.) Action by Annie M. Greene against Mary A. Greene and others. No opinion. Judgment affirmed, with costs.

---

GROTHEER et al., Respondents, v. SCHIERENBECK, Appellant. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Herman Grotheer and others against Fred Schierenbeck. J. J. Fitzgerald, for appellant. B. Reass, of New York City, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

---

GROTTE, Respondent, v. HUDSON, Appellant. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) Action by Edward B. Grotte against George C. Hudson. No opinion. Judgment affirmed by default, with costs.

---

GUGEL et al., Respondents, v. HISCOX et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) Action by May M. Gugel and another against Everett S. Hiscox and another. No opinion. Interlocutory judgment affirmed, with costs. See, also, 143 App. Div. 943, 127 N. Y. Supp. 1122.

---

GUTTA PERCHA & RUBBER CO. v. HOLMAN. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by the Gutta Percha & Rubber Company against Chas. J. Holman. No opinion. Motion granted. Question certified. Order filed. See, also, 138 N. Y. Supp. 1118.

---

HAGEDORN BROS. v. MARQUARDT. (Supreme Court, Appellate Term, First Department. January 9, 1913.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by Hagedorn Bros. against John Marquardt. From a judgment for defendant, plaintiffs appeal. Reversed. Samuel Ecker, of New York City, for appellants. Martin G. Lippman, of New York City, for respondent.

PER CURIAM. Judgment reversed, on authority of Hegedorn Bros. v. O'Rourke (Sup.) 134 N. Y. Supp. 528, and judgment awarded to the plaintiff for $44 and costs in this court.

---

HAGEDORN BROS. v. O'ROURKE et al. (Supreme Court, Appellate Term, First Department. January 9, 1913.) Appeal from Municipal Court, Borough of Manhattan, Sixth District. Action by Hagedorn Bros. against Charles O'Rourke and another. From a judgment for defendants, plaintiffs appeal. Reversed. Samuel Ecker, of New York City, for appellants. C. Arthur Arnstein, of New York City, for respondents.

PER CURIAM. Judgment reversed, on authority of Hegedorn Bros. v. O'Rourke (Sup.) 134 N. Y. Supp. 528, and judgment awarded to the plaintiff for $57.50 and costs in the Municipal Court and in this court.

---

HAKANSON, Appellant, v. KINGSLEY, Respondent. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Terese Hakanson against Hope Kingsley. A. Josephsson, of New York City, for appellant. C. Steckler, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

HALL v. CENTRAL FISH CO. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Richard J. Hall against the Central Fish Company. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant complies with terms stated in order. Order filed.

---

HANCOCK, Respondent, v. CLARK, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 22, 1913.) Action by Robert M. Hancock against Charles E. Clark. No opinion. Judgment and order affirmed, with costs.

---

HANDY v. VAN CORTLANDT REALTY CO. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Henry Handy against the Van Cortlandt Realty Company. No opinion. Application granted. Order signed. See, also, 139 N. Y. Supp. 1125.

---

HANDY v. VAN CORTLANDT REALTY CO. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Henry Handy against the Van Cortlandt Realty Company. No opinion. Motion granted. Order filed. See, also, 139 N. Y. Supp. 1125.